United States District Court
Southern District of Texas
**ENTERED**
August 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC WAYNE LLOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00305 |
| | § | |
| SERGEANT VILLARREAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

On July 7, 2022, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (M&R, D.E. 32), recommending denial of Plaintiff's motion for entry of default and default judgment. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the magistrate judge's M&R (D.E. 32), and all other relevant documents in the record, and finding no clear error, the court adopts as its own the findings and conclusions of the

magistrate judge. Accordingly, Plaintiff's motion for entry of default and default judgment (D.E. 27) is **DENIED**.

ORDERED on August 15, 2022.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE